No. 94–5494. GOOD v. NEW CASTLE YOUTH DEVELOPMENT CENTER. Sup. Ct. Pa. Certiorari denied.

No. 94–5495. JOHNSON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–5496. KELLEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5497. GORDON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5498. RAE v. DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Certiorari denied.

No. 94–5500. PAGAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–5501. PIERVINANZI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–5502. LOPEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5504. LOGAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5505. REES v. REYES. Ct. App. D. C. Certiorari denied.

No. 94–5506. PRUITT v. HANNIGAN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–5507. REID v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 94–5508. BRANT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–5509. COOPER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–5510. MACKALL v. THOMPSON, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 94–5511. ARMSTRONG v. UNITED STATES. C. A. 6th Cir. Certiorari denied.